## AMADEO *v.* ESTATE OF CASTRO ET AL.

## APPEAL from the District Court of San Juan.

No. 484.—Decided May 19, 1910.

DOUBLE SALE CF RURAL PROPERTY—RIGHTS OF PARTY FIRST RECORDING TITLE IN REGISTRY.—In the case of a double sale of a rural property the property sold belongs to the party first recording his title in the registry.

ID.—PROCEEDINGS TO ESTABLISH OWNERSHIP—IDENTIFICATION OF PROPERTY.—In accordance with the foregoing doctrine, it having been shown in the case at bar that the respondent acquired from its former owner the property claimed by appellants, and that under proceedings to establish ownership, duly prosecuted after citation of the former owner, he recorded his title in the registry of property before appellants, the property in litigation belongs to him.

The facts are stated in the opinion.

*Mr. Rafael Guillermety* for appellant.

The respondent did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This is an appeal from the District Court of San Juan. Before 1872, José María García, known as Colón, owned a piece of property in the ward of Bucarabones of Toa Alta, and, on or about August 22 of the year 1872, he sold said property by public deed to Mr. Cruz Castro, and the latter mortgaged the same to secure a certain bond, the mortgage being recorded in the old *Anotaduría* of property.

Sometime in the year 1904, the said José María García sold the same property to Mr. Jesús M. Amadeo, who shortly thereafter obtained dominion title of some 300 *cuerdas* which included the parcel of land which he had acquired from García Colón, all of which was recorded in the registry of property.

Thereafter, or sometime in 1908, the *sucesión* of Cruz Castro recorded in its favor the deed made to Cruz Castro in 1872.

In the deed to Cruz Castro the property is described as containing 97 *cuerdas,* but the evidence tends to show that it

was 16 *cuerdas,* and so the court below found. In any event, the pleading shows that the property which is claimed by the appellants here, is included within the property of Amadeo, for which he obtained his dominion title (*expediente de dominio.*)

In the proceeding to obtain this dominion title, it appears that all the neighbors and former owners were duly cited, and the presumption arises that García Colón, the former possessor, was also cited. It appears, moreover, from the proof and from the statements of the appellee, that he acquired the same property from García Colón. Under these circumstances, the only question of law involved is, as between two sales, who is entitled to take. The law is well settled that, under these circumstances, the person who first records his title is entitled to the property. (See the decision of this court in the case of *Francisco Ramos Latour* v. *Luis Orcasitas* [14 P. R. Rep., 65], decided on February 6, 1908.) The judgment must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justice MacLeary concurred.

Mr. Justice del Toro did not take part in the decision of this case because he was prevented.

Mr. Justice Figueras did not sit at the hearing of this case.